ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Teresa Lyn Fletcher**                    **Docket No. 5:14-CR-120-1H**

**Petition for Action on Conditions of Pretrial Release** - ADJUDICATED

COMES NOW Arthur B. Campbell, probation officer of the court, presenting an official report upon the conduct of defendant, Teresa Lyn Fletcher, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, NC, on the 26th day of June, 2014, under the following conditions:

- Maintain or actively seek employment.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: No specific individuals listed

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Cannot apply for new credit or open a bank account without the permission of the Probation Officer

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

Teresa Lyn Fletcher
Docket No. 5:14-CR-120-1H
Petition For Action
Page 2

The defendant appeared before Honorable Kimberly A. Swank, U.S. Magistrate Judge for arraignment on 9th day of September, 2014 at which time she entered a plea of guilty to 2 counts of Bank Fraud, 18 U.S.C. § 1344 and 1 count of Mail Fraud, 18 U.S.C. § 1341. Supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The probation office has been informed that the defendant has applied for a $150,000.00 capital loan from DirectCapital. The information came to light due to her attempts to have Elavon, a credit card processor, clear two money judgments against her. According to Assistant United States' Attorney Adam Hulbrig, the Secret Service is investigating this new conduct.

**PRAYING THAT THE COURT WILL ORDER**

That a hearing be scheduled in order to determine if the defendant has violated her conditions of pretrial release.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Arthur B. Campbell |
| Jeffrey L. Keller | Arthur B. Campbell |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: September 22, 2014 |

**ORDER OF COURT**

Considered and ordered this 23rd day of September, 2014, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge