IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-120-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TERESA LYN FLETCHER, | ) | |
| | ) | |
| Defendant. | ) | |

The court conducted a hearing on petition for action on conditions of pretrial release on October 8, 2014. The court finds that defendant has not violated her conditions. Accordingly, she is CONTINUED on pretrial release under the same conditions previously imposed.

This 8th day of October 2014.

_____
MALCOLM J. HOWARD
Senior U.S. District Judge

At Greenville, N.C.
#33