IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14CR00120-001H

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERESA LYN FLETCHER, )<br>)<br>Defendant. ) | CONSENT ORDER |

The Court, upon the consent of the parties, as shown by their signatures below, hereby enters the following Order.

Upon the consent of the parties, and pursuant to the authority of 18 U.S.C. § 3614(a), the Court hereby ORDERS:

1. The United States has agreed to allow G. W. Pierce to pay a total of $2,000.00 for the ring he removed from Teresa Fletcher's house that belong to Ms. Fletcher. G. W. Pierce has agreed to pay the first payment of $185.00 by August 30, 2015 and the remaining monthly payments will be paid in monthly installments of $165.00 beginning September 25, 2015 and each payment will be due on the 25th of each month thereafter until the full $2,000.00 is paid.

THEREFORE, G. W. Pierce is hereby ordered to pay $185.00 by August 30, 2015 and monthly installments of $165.00 beginning September 25, 2015, said monthly installments being due by the 25th of each month until the full amount of $2,000.00 owed by G. W. Pierce is paid. All checks should be made payable to:

U. S. District Court

and mailed to:

    U. S. District Court
    P. O. Box 25670
    Raleigh, North Carolina 27611.

All checks should include the name of Teresa Fletcher and the court docket number of 5:14CR120 on the memo line to ensure proper credit.

SO ORDERED, this 16th day of September, 2015.

_____
MALCOLM J. HOWARD
United States District Judge

CONSENTED TO:

_____    9/14/15
G. NORMAN ACKER, III                  DATE
Assistant United States Attorney

_____    8-31-15
G. W. Pierce                                DATE