THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-120 – H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| TERESA LYN FLETCHER, | ) | |
| Defendant. | ) | |

THIS CAUSE coming on to be heard before the Honorable Malcolm J. Howard on Defendant Teresa Lyn Fletcher's Motion to Seal Defendant's §2255 Motion to Vacate, Set Aside, or Correct Sentence and the Memorandum of Law in Support of Defendant's §2255 Motion to Vacate, Set Aside, or Correct Sentence, both filed on September 2, 2016; and the court finding that good cause exists to allow the Motion to Seal pursuant to Rule 49.1 of the Federal Rules of Civil Procedure which prohibits disclosure of the contents of a Presentence Investigation Report, and both the Defendant's above referenced subject Motion and Memorandum in Support of same discloses portions of information contained the Presentence Investigation Report,

IT IS SO ORDERED AND ADJUDGED:

1. The Defendant's §2255 Motion to Vacate, Set Aside, or Correct Sentence and the Memorandum of Law in Support of Defendant's §2255 Motion to Vacate, Set Aside, or Correct Sentence are hereby sealed in accordance with the provisions of Rule 55.2

1

of the Local Criminal Rules of Practice and Procedure of the United States District for the Eastern District of North Carolina.

This 26th day of September 2016.

Malcolm J. Howard
Senior United States District Judge