IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-120-H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TERESA LYN FLETCHER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for the court to make a recommendation to the Bureau of Prisons. Specifically, defendant asks this court to recommend to the Bureau of Prisons that defendant receive 6 months confinement in a Residential Reentry Center and 6 months of home confinement. For lack of good cause shown, this motion [DE #134] is DENIED.

This __3rd__ day of April 2018.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26