IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-120-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| TERESA LYN FLETCHER, | **ORDER** |
| Defendant. | |

This matter is before the court on two motions filed by defendant: motion to correct restitution [DE #142] and motion pursuant to Rule 33 and requesting an accounting ledger [DE #151]. Appropriate responses and replies have been filed, and these matters are ripe for adjudication. The court has carefully reviewed these motions and finds them to be without merit, for the reasons detailed in the government's responses. Therefore, the motions [DE #142 and #151] are DENIED.

    This 2nd day of December 2020.

                                            _____
                                            Malcolm J. Howard
                                            Senior United States District Judge

At Greenville, NC
#26